IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA COTTLE, | ) | |
| | ) | CASE NO. 4:14-CV-679 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | KENNETH S. McHARGH |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed June 25, 2015, the Court AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED.**

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date:  June 25, 2015.